UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| James Brad Griepp, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-22-470 |
| Fednat Insurance Company | § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (9)

2. By May 13, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement

Signed on April __5__, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge