United States District Court
Southern District of Texas
**ENTERED**
May 17, 2022
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| James Brad Griepp, | § § § | | |
| Plaintiff, | § § | | |
| versus | § § | Civil Action H-22-470 | |
| Fednat Insurance Company | § § § | | |
| Defendant. | § § | | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement

Signed on May _17_, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge